UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
JAN VAN ECK,

                         Plaintiff,

  - against -

MARK BAUER, RYAN MCSPEDON,
MKR VENTURE CAPITAL, LLC, and
MARK S. BAUER LLC,

                        Defendants.
---------------------------------------------------------------x

**ORDER**

No. 24-CV-6222 (CS)

Seibel, J.

     For reasons set forth on the record today, there is no basis for venue in the Southern District of New York. *See* 28 U.S.C. § 1391(b). Upon the application of Defendants Mark Bauer and Mark S. Bauer LLC, and on consent of Plaintiff Jan Van Eck and without objection from Defendant Ryan McSpedon, it is hereby ORDERED that this case be transferred to the United States District Court for the District of Connecticut where the underlying real property in question is located. *See* 28 U.S.C. § 1406(a).

**SO ORDERED.**

Dated: October 18, 2024
       White Plains, New York

                                          _____
                                           CATHY SEIBEL, U.S.D.J.